Submitted May 1, affirmed June 17, petition for review denied July 30, 2020
(366 Or 760)

In the Matter of M. C. N.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. L. N.,
*Appellant.*

Jackson County Circuit Court
19JU02636; A173076 (Control)

In the Matter of J. G. S.-N.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. L. N.,
*Appellant.*

Jackson County Circuit Court
19JU02633; A173077

466 P3d 1066

Timothy Barnack, Judge.

George W. Kelly filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rebecca M. Auten, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and Mooney, Judge, and Hadlock, Judge pro tempore.

PER CURIAM

Affirmed.

## PER CURIAM

Mother appeals judgments terminating her parental rights to her two children, J and M, for reasons of unfitness, ORS 419B.504. Mother raises one assignment of error in which she contends that the juvenile court erred in terminating her parental rights. A detailed discussion of the evidence in the record in this case would not benefit the bench, bar, or public. Suffice it to say that, on *de novo* review, ORS 19.415(3)(a), we conclude that the record contains clear and convincing evidence that (1) mother has engaged in conduct or is characterized by conditions, most notably long-term substance abuse (methamphetamine and cannabis) and significant mental health disorders, that are seriously detrimental to the children; (2) integration of the children into mother's care is improbable within a reasonable time because mother's conduct and conditions are unlikely to change; and (3) termination is in the best interests of the children. ORS 419B.500; ORS 419B.504; *State ex rel SOSCF v. Stillman*, 333 Or 135, 145-46, 36 P3d 490 (2001). The juvenile court did not err in terminating mother's parental rights for reasons of unfitness under ORS 419B.504.

Affirmed.